**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| DAVID DOBBS, | ) | CASE NO. 1:22-cv-194 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| POWERHOUSE RETAIL SERVICES, LLC | ) | |
| and IMPERIAL REMODELING, LLC, | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF REMOVAL

Robert B. Thornburg, counsel for defendant, states:

1. On November 12, 2021, plaintiff filed his Complaint for Damages against defendant Wal-Mart Stores East, LP in the Marion County Superior Court No. 2 of Indiana, under Cause No. 49D02-2111-CT-037983.

2. Wal-Mart Stores East, LP, is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. The principal place of business for all entities mentioned is Bentonville, Arkansas.

3. Plaintiff is a citizen of the state of Indiana.

4. On information and belief, Powerhouse Retail Services, LLC is a Texas limited liability company whose member(s) are citizens of Texas. As a result, Powerhouse Retail Services, LLC is considered a citizen of Texas for diversity and removal purposes.

5. On information and belief, Imperial Remodeling, LLC is a Texas limited liability company whose member(s) are citizens of Texas. As a result, Imperial Remodeling, LLC is considered a citizen of Texas for diversity and removal purposes.

6. Powerhouse Retails Services, LLC has been served with process, appeared by counsel, and consents to and joins this Notice of Removal.

7. To the best of Wal-Mart's knowledge, Imperial Remodeling, LLC has not been served with a copy of Plaintiff's Summons and Complaint for Damages or appeared by counsel. Thus, its consent to this removal could not be obtained and is not necessary.

8. The matter in controversy exceeds $75,000.00, exclusive of interests and costs as Plaintiff alleges he suffered significant personal injury (a fractured wrist), restriction of his daily activities due to those injuries and Plaintiff has demanded in excess of the jurisdictional limit of the court to resolve his claims against Wal-Mart Stores East, LP.

9. This action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

10. This Notice of Removal is being filed with this Court within 30 days after the receipt of the Complaint and Summons by Wal-Mart Stores East, LP.

11. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Marion County Superior Court No. 2 of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, Wal-Mart Stores East, LP, by counsel, prays that the entire state court action, under Cause No. 49D02-2111-CT-037983, now pending in the Marion County Superior Court No. 2 of Indiana, be removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Robert B. Thornburg*
    Robert B. Thornburg, #19594-02
    *Attorneys for Defendant Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of January, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Kellie C. Clark, #30999-29<br>HENSLEY LEGAL GROUP, PC<br>117 E Washington Street, Suite 200<br>Indianapolis, IN  46204<br>kclark@hensleylegal.com<br>*Attorney for Plaintiff* | Richard R. Skiles, #1984-49<br>SKILES DeTRUDE<br>150 East Market Street, Suite 200<br>Indianapolis, IN  46204<br>rskiles@skilesdetrude.com<br>*Attorney for Powerhouse Retail Services, LLC* |

                                                                         */s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0752541   4885-5336-5514v1