This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## David Dobbs v. Wal-Mart Stores East, LP, Powerhouse Retail Services, LLC, Imperial Remodeling, LLC

| | |
|---|---|
| Case Number | 49D02-2111-CT-037983 |
| Court | Marion Superior Court 2 |
| Type | CT - Civil Tort |
| Filed | 11/12/2021 |
| Status | 11/12/2021 , Pending  (active) |

## Parties to the Case

Defendant   Wal-Mart Stores East, LP

Attorney
Robert Burdette Thornburg
*#1959402, Retained*

201 N. Illinois St., Ste. 1900
P.O. Box 44961
Indianapolis, IN 46204
317-237-3800(W)

Defendant   Powerhouse Retail Services, LLC

Attorney
Richard R Skiles
*#198449, Retained*

SKILES DeTRUDE
150 East Market St.
Suite 200
Indianapolis, IN 46204
317-321-2402(W)

Defendant   Imperial Remodeling, LLC

Plaintiff   Dobbs, David

Attorney
Kellie C Clark
*#3099929, Lead, Retained*

117 East Washington Street
Suite 200
Indianapolis, IN 46204
317-472-3333(W)

Attorney
Anthony John Miller
*#3690249, Retained*

Hensley Legal Group PC
117 E Washington Street Ste 200
Indianapolis, IN 46204
317-200-3109(W)


## Chronological Case Summary

11/12/2021  **Case Opened as a New Filing**

11/12/2021  **Appearance Filed**
Appearance - KCC - AJM

| | |
|---|---|
| For Party: | Dobbs, David |
| File Stamp: | 11/12/2021 |

11/12/2021  **Complaint/Equivalent Pleading Filed**
Complaint - Fall Down

| | |
|---|---|
| Filed By: | Dobbs, David |
| File Stamp: | 11/12/2021 |

11/12/2021  **Subpoena/Summons Filed**
Summons- Wal-Mart

| | |
|---|---|
| Filed By: | Dobbs, David |
| File Stamp: | 11/12/2021 |

11/12/2021  **Subpoena/Summons Filed**
Summons- Imperial

| | |
|---|---|
| Filed By: | Dobbs, David |
| File Stamp: | 11/12/2021 |

11/12/2021  **Subpoena/Summons Filed**
Summons- Powerhouse

| | |
|---|---|
| Filed By: | Dobbs, David |
| File Stamp: | 11/12/2021 |

12/21/2021  **Certificate of Issuance of Summons**
Certificate of Issuance of Summons

| | |
|---|---|
| Filed By: | Dobbs, David |
| File Stamp: | 12/21/2021 |

| 01/05/2022 | **Certified Mail Returned** |
|---|---|
| | GREEN CARD SIGNED. |

Party Served:                     Imperial Remodeling, LLC

| 01/05/2022 | **Certified Mail Returned** |
|---|---|
| | GREEN CARD SERVED. |

Party Served:                     Powerhouse Retail Services, LLC

| 01/05/2022 | **Certified Mail Returned** |
|---|---|
| | GREEN CARD SIGNED. |

Party Served:                     Wal-Mart Stores East, LP

| 01/12/2022 | **Appearance Filed** |
|---|---|
| | Appearance |

For Party:                        Powerhouse Retail Services, LLC
File Stamp:                       01/12/2022

| 01/12/2022 | **Motion for Enlargement of Time Filed** |
|---|---|
| | Notice of Automatic Initial Extension of Time |

Filed By:                         Powerhouse Retail Services, LLC
File Stamp:                       01/12/2022

| 01/19/2022 | **Appearance Filed** |
|---|---|
| | Appearance by Attorney in Civil Case |

For Party:                        Wal-Mart Stores East, LP
File Stamp:                       01/19/2022

| 01/19/2022 | **Notice Filed** |
|---|---|
| | Notice of Automatic Enlargement of Time |

Filed By:                         Wal-Mart Stores East, LP
File Stamp:                       01/19/2022

| 01/19/2022 | **Notice Filed** |
|---|---|
| | Notice of Automatic Enlargement of Time Correcting Scrivener's Error |

Filed By:                         Wal-Mart Stores East, LP
File Stamp:                       01/19/2022

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Dobbs, David**

Plaintiff

**Balance Due** (as of 01/21/2022)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/2021 | Transaction Assessment | 157.00 |
| 11/12/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**49D02-2111-CT-037983**

Filed: 11/12/2021 12:18 PM
Clerk
Marion County, Indiana

Marion Superior Court 2

| | |
|---|---|
| STATE OF INDIANA     )<br>                         ) SS:<br>COUNTY OF MARION ) | IN THE MARION SUPERIOR COURT<br><br>CAUSE NO: |

STATE OF INDIANA     )
                     ) SS:
COUNTY OF MARION )

IN THE MARION SUPERIOR COURT

CAUSE NO:

DAVID DOBBS,                     )
                                 )
            Plaintiff,           )
                                 )
    vs.                          )
                                 )
WAL-MART STORES EAST, LP,        )
POWERHOUSE RETAIL                )
SERVICES, LLC, and IMPERIAL      )
REMODELING, LLC,                 )
                                 )
            Defendants.

---

## **APPEARANCE**

1.    David Dobbs
      Name of represented party

2.    Attorney information (as applicable for service of process):

      Name: <u>Kellie C. Clark</u>             Atty Number:<u>  30999-29   </u>
      Name: <u>Anthony J. Miller III   </u>    Atty Number:<u>  36902-49   </u>
      <u>HENSLEY LEGAL GROUP, PC   </u>        Phone: <u>  (317) 472-3333  </u>
      Address:<u>117 East Washington Street </u> FAX: <u>   (317) 472-3340  </u>
      <u>Suite 200                          </u> Email: <u>kclark@hensleylegal.com</u>
      <u>Indianapolis, IN  46204            </u>

3.    Case Type requested: <u>CT </u>

4.    Will accept FAX service: Yes ___ No <u>X </u>

                                          _Kellie C. Clark_
                                          Kellie C. Clark, #30999-29
                                          **Attorney for Plaintiff**

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
kclark@hensleylegal.com

**49D02-2111-CT-037983**

Marion Superior Court 2

Filed: 11/12/2021 12:18 PM
Clerk
Marion County, Indiana

STATE OF INDIANA   )       IN THE MARION SUPERIOR COURT
             ) SS:
COUNTY OF MARION )      CAUSE NO:

DAVID DOBBS,             )

       Plaintiff        )

   vs.                 )

WAL-MART STORES EAST, LP,    )
POWERHOUSE RETAIL        )
SERVICES, LLC, and IMPERIAL  )
REMODELING, LLC,        )

      Defendants.

---

## <u>COMPLAINT FOR DAMAGES</u>

COMES now the Plaintiff, David Dobbs ("Plaintiff"), by counsel, and for his Complaint

for Damages against the Defendants, Wal-Mart Stores East, LP, Powerhouse Retail Services,

LLC, and Imperial Remodeling, LLC, alleges and asserts that:

    1.    At all times mentioned herein, the Plaintiff, David Dobbs, was and is a resident of

the City of Indianapolis, County of Marion, State of Indiana.

    2.    At all times mentioned herein, the Defendant, Wal-Mart Stores East, LP

("Defendant") was doing business in the State of Indiana and owned and/or was maintaining a

premises located at 4650 S. Emerson Avenue, Indianapolis, IN 46203, City of Indianapolis,

County of Marion, State of Indiana.

    3.    At all times mentioned herein, the Defendant, Powerhouse Retail Services, LLC,

was doing business in the State of Indiana and owned and/or was maintaining a premises located

at 4650 S. Emerson Avenue, Indianapolis, IN 46203, City of Indianapolis, County of Marion, State of IN.

4.      At all times mentioned herein, the Defendant, Imperial Remodeling, LLC, was doing business in the State of Indiana and performing work/maintenance at a premises located at 4650 S. Emerson Avenue, Indianapolis, IN 46203, City of Indianapolis, County of Marion, State of IN.

5.      All of the acts and/or omissions of the Defendants, Wal-Mart Stores East, LP, Powerhouse Retail Services, LLC, and Imperial Remodeling, LLC, herein alleged, were performed and/or omitted by and through the agents, servants, and/or employees of the Defendants while they were acting within the scope and course of their employment.

6.      On or about January 6, 2021, the Plaintiff, David Dobbs, was a guest and invitee of the Defendants at the above-referenced premises, when he was injured due to a hazardously misplaced forklift.

7.      The Defendants were required to exercise reasonable and ordinary care under all circumstances and operation of its premises, including the above- referenced premises at which the Plaintiff was injured.

8.      The above-mentioned incident was directly and proximately caused by the carelessness and negligence of the Defendants, including, but not limited to, one or more of the following acts and/or omissions:

a.      The Defendants carelessly and negligently failed to inspect and discover the dangerous condition existing at said location;

b.      The Defendants carelessly and negligently failed to warn the Plaintiff of the dangerous condition existing at said location when the Defendants knew or should have known of the same;

    c.      The Defendants carelessly and negligently failed to provide premises reasonably safe under the existing conditions; and

    d.      The Defendants carelessly and negligently failed to correct the dangerous condition at said location when the Defendants knew or should have known of the existence of the same.

9.      As a direct and proximate result of the Defendants' carelessness and negligence, the Plaintiff, David Dobbs, sustained personal injuries, resulting in pain and suffering.

10.     As a result of his injuries and their effects, the Plaintiff, David Dobbs, has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication and x-rays, and has incurred, and may incur in the future, medical expenses for such treatment.

11.     As a result of his injuries, the Plaintiff, David Dobbs, has incurred reasonable medical expenses for medical care and treatment and may incur additional medical expenses in the future.

WHEREFORE, the Plaintiff, David Dobbs, prays for judgment against the Defendants, Wal-Mart Stores East, LP, Powerhouse Retail Services, LLC, and Imperial Remodeling, LLC, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,

Kellie C. Clark, #30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)

## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, David Dobbs by counsel, and file herein his Request for Trial

by Jury for the above-action.

Respectfully submitted,

Kellie C. Clark, #30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
kclark@hensleylegal.com

**49D02-2111-CT-037983**

Marion Superior Court 2

Filed: 11/12/2021 12:18 PM
Clerk
Marion County, Indiana

STATE OF INDIANA   )
                   ) SS:        IN THE MARION SUPERIOR COURT
COUNTY OF MARION   )

DAVID DOBBS,                    )
                               )   CAUSE NO:
           Plaintiff,           )
                               )
     vs.                       )
                               )
WAL-MART STORES EAST, LP,       )
POWERHOUSE RETAIL SERVICES,     )
LLC, and IMPERIAL REMODELING,   )
LLC,                           )
                               )
           Defendants.

---

**TO DEFENDANT:**   Wal-Mart Stores East, LP
                    c/o CT Corporation System
                    334 North Senate Avenue
                    Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as
Plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint which is
attached to this Summons.  It also states the relief sought or the demand
made against you by the Plaintiff.

    An answer or other appropriate response in writing to the Complaint
must be filed either by you or your attorney within twenty (20) days,
commencing the day after you receive this Summons, (or twenty-three (23) days
if this Summons was received by mail), or a judgment by default may be
rendered against you for the relief demanded by Plaintiff.

    If you have a claim for relief against the Plaintiff arising from the
same transaction or occurrence, you must assert it in your answer.

DATED: 11/12/2021 _____ (Seal)
                  CLERK, Marion Superior Court

**(The following manner of service of summons is hereby designated)**

_____ Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

__X__ Service on agent. (Specify)

_____ Other Service. (Specify)

Kellie C. Clark,#30999-29
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 2021, I
mailed a copy of the Complaint to the Defendant, Wal-Mart Stores East, LP,
d/b/a Walmart Supercenter #5443, by certified mail, requesting a return
receipt, at the address furnished by the Plaintiff.

_____
Kellie C. Clark

Dated:_____        By: Kellie C. Clark


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint mailed to Defendant
was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint was not accepted on the
_____day of_____, 20___.

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint mailed to Defendant,
_____was accepted by_____ on behalf of
said Defendant on the _____day of_____, 20___.


_____
CLERK, Marion Superior Court


By:_____
Deputy

**49D02-2111-CT-037983**

Marion Superior Court 2

Filed: 11/12/2021 12:18 PM
Clerk
Marion County, Indiana

STATE OF INDIANA   )           IN THE MARION SUPERIOR COURT
                       ) SS:
COUNTY OF MARION )

DAVID DOBBS,                 )
                          ) CAUSE NO:
           Plaintiff,        )
                          )
        vs.                    )
                          )
WAL-MART STORES EAST, LP,    )
POWERHOUSE RETAIL SERVICES,   )
LLC, and IMPERIAL REMODELING,   )
LLC,                          )
          Defendants.

_____

**TO DEFENDANT:**    Imperial Remodeling, LLC
                       c/o United States Corporation Agents, Inc.
                       9900 Spectrum Dr.
                       Austin, TX 78717

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: <u>11/12/2021</u>  _____ (Seal)
                   CLERK, Marion Superior Court

**(The following manner of service of summons is hereby designated)**

_____ Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

__X__ Service on agent. (Specify)

_____ Other Service. (Specify)

Kellie C. Clark, #30999-29
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317) 472-3333

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 2021, I mailed a copy of the Complaint to the Defendant, Imperial Remodeling, LLC, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_Kellie C. Clark_
Kellie C. Clark
_____

Dated:_____         By: Kellie C. Clark

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____
CLERK, Marion Superior Court

By:_____
Deputy

**49D02-2111-CT-037983**

Marion Superior Court 2

Filed: 11/12/2021 12:18 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | |

| | |
|---|---|
| DAVID DOBBS, | ) |
| | ) CAUSE NO: |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| POWERHOUSE RETAIL SERVICES, | ) |
| LLC, and IMPERIAL REMODELING, | ) |
| LLC, | ) |
| | ) |
| Defendants. | |

**TO DEFENDANT:**   Powerhouse Retail Services, LLC
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED:   11/12/2021 _____ (Seal)
CLERK, Marion Superior Court

**(The following manner of service of summons is hereby designated)**

_____Registered or certified mail.

_____Service at place of employment, to wit:

_____Service on individual - (Personal or copy) at above address.

___X___Service on agent. (Specify)

_____Other Service. (Specify)

Kellie C. Clark, #30999-29
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of the Complaint to the Defendant, Powerhouse Retail Services, LLC, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Kellie C. Clark

Dated: _____          By: Kellie C. Clark


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ was accepted by _____ on behalf of said Defendant on the _____ day of _____, 20___.


_____
CLERK, Marion Superior Court


By:_____
Deputy

Kellie C. Clark, Attorney # 30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
kclark@hensleylegal.com

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7050 1225 3885 93

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk's Office
200 E. Washington St
Indianapolis, IN 46203

49D02-2111-CT-037983

USPS TRACKING #

9590 9402 7050 1225 3900 08

United States
Postal Service



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerks Office
200 E. Washington st
Indianapolis, IN 46203

49D02-2111-CT-037983



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7050 1225 3899 96

United States
Postal Service

● Sender: Please print your name, address, and ZIP+4® in this box●

Marion County Clerks Office
200 E. Washington St
Indianapolis, IN 46203

49D02-2111-CT-037983

Filed: 1/12/2022 11:36 AM
Clerk
Marion County, Indiana

STATE OF INDIANA    )            IN THE MARION SUPERIOR COURT
                        ) SS:
COUNTY OF MARION    )            CAUSE NO. 49D02-2111-CT-037983

| | |
|---|---|
| DAVID DOBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| POWERHOUSE RETAIL SERVICES, LLC, | ) |
| and IMPERIAL REMODELING, LLC, | ) |
| | ) |
| Defendant. | ) |

## **APPEARANCE**

1.    The party on whose behalf this form is being filed is: **RESPONDING**

The undersigned attorney(s) listed on this form now appear in this case for the following parties:

Name of party:    **POWERHOUSE RETAIL SERVICES, LLC**

2.    Attorney information for service as required by Trial Rule 5(B)(2):

**Name:**           **Richard R. Skiles**
**Attorney No.:**    **1984-49**
**Address:**        **150 East Market Street, Suite 200**
                    **Indianapolis, IN  46204**
**Phone:**           **(317) 321 – 2402**
**Fax:**              **(317) 321 – 2414**
**Email address:**    **rskiles@skilesdetrude.com**

3.    Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

4.      This is a **CIVIL—CT** case type as defined by administrative Rule 8 (B) (3).

5.      I will accept service by:

        Fax at the above noted number:  **YES**
        Email at the above noted address:  **YES**

6.      This case involves support issues:  **NO**

7.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **NO**

8.      This case involves a petition for involuntary commitment:  **NO**

9.      There are related cases:  **NO**

10.     Additional information required by local rule:  **N/A**

11.     There are other party members:  **NO**

12.     This form has been served on all other parties and Certificate of Service is attached:  **YES**

                Respectfully submitted,


                 */s/ Richard R. Skiles*
                Richard R. Skiles, Atty. No. 1984-49
                *Attorney for Defendant, Powerhouse Retail Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2022, the foregoing document was electronically filed using the Indiana E-Filing System (IEFS).

I also certify that on January 12, 2022, the foregoing document was served on the following person(s) via IEFS:

Kellie C. Clark
HENSLEY LEGAL GROUP, P.C.
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
kclark@hensleylegal.com
*Counsel for Plaintiff*

_/s/ Richard R. Skiles_____
Richard R. Skiles

SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN 46204
(317) 321-2402 (DIRECT)
rskiles@skilesdetrude.com

Filed: 1/12/2022 11:36 AM
Clerk
Marion County, Indiana

STATE OF INDIANA     )           IN THE MARION SUPERIOR COURT
                      ) SS:
COUNTY OF MARION    )           CAUSE NO. 49D02-2111-CT-037983

DAVID DOBBS,              )
                            )
          Plaintiff,       )
                            )
     v.                    )
                            )
WAL-MART STORES EAST, LP,    )
POWERHOUSE RETAIL SERVICES, LLC,  )
and IMPERIAL REMODELING, LLC,    )
                            )
         Defendant.     )

## NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME

Defendant, Powerhouse Retail Services, LLC, by counsel, files its Notice of Automatic Initial Extension of Time within which to answer or otherwise plead, and, in support thereof, states:

1.     The deadline for Defendant to answer or otherwise plead is currently January 19, 2022, and has not been previously extended.

2.     Defendant respectfully requests an additional thirty (30) days, up to and including February 18, 2022, to answer or otherwise plead.

3.     There is currently no case management plan ordered, and no hearings in this matter are currently scheduled.

                    Respectfully submitted,

                    */s/ Richard R. Skiles*
                    Richard R. Skiles, Atty. No. 1984-49
                    *Attorney for Defendant, Powerhouse Retail Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2022, the foregoing document was electronically filed using the Indiana E-Filing System (IEFS).

I also certify that on January 12, 2022, the foregoing document was served on the following person(s) via IEFS:

Kellie C. Clark
HENSLEY LEGAL GROUP, P.C.
117 E. Washington Street, Suite 200
Indianapolis, IN  46204
kclark@hensleylegal.com
*Counsel for Plaintiff*

       */s/ Richard R. Skiles*
      Richard R. Skiles

SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN 46204
(317) 321-2402 (DIRECT)
rskiles@skilesdetrude.com

2

Filed: 1/19/2022 1:14 PM
Clerk
Marion County, Indiana

**STATE OF INDIANA**
**IN THE MARION SUPERIOR COURT**

| | | |
|---|---|---|
| DAVID DOBBS, | ) | CAUSE NO. 49D02-2111-CT-037983 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| POWERHOUSE RETAIL SERVICES, LLC | ) | |
| and IMPERIAL REMODELING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**APPEARANCE BY ATTORNEY IN CIVIL CASE**</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:

    Initiating _____     Responding ☒     Intervening _____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party _Wal-Mart Stores East, LP_____

    Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
    c/o_ Frost Brown Todd LLC, 201 N Illinois Street, Suite 1900, PO Box 44961,_
    Indianapolis, IN  46244-0961_____

    Telephone # of party (317) 237-3800_____

    FAX: (317) 237-3900_____

    Email Address:_rthornburg@fbtlaw.com_____

    *(List on a continuation page additional parties this attorney represents in this case.)*

2.  Attorney information for service as required by Trial Rule 5(B)(2)

    Name: Robert B. Thornburg_____ Atty Number:_19594-02_____

    Address:_201 N Illinois Street, Suite 1900, PO Box 44961, Indianapolis, IN  46244-09661_

Phone: (317) 237-3800 _____

FAX: (317) 237-3900 _____

Email Address: rthornburg@fbtlaw.com _____

*(List on continuation page additional attorneys appearing for above party)*

3.   This is a <u>Civil Tort</u> case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:

FAX at the above noted number:  Yes _____  No ☒

Email at the above noted number:  Yes _____  No ☒

5.   This case involves child support issues. Yes _____  No ☒  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____  No ☒  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____   Attorney's address

_____   The Attorney General Confidentiality program address

(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____   Another address (provide)

_____

7.   This case involves a petition for involuntary commitment.  Yes _____  No ☒

8.   If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

b.  State of Residence of person subject to petition: _____

c.  At least one of the following pieces of identifying information:

(i)   Date of Birth _____

(ii)  Driver's License Number _____

State where issued _____ Expiration date _____

(iii) State ID number _____

State where issued _____ Expiration date _____

(iv) FBI number _____

(v)  Indiana Department of Corrections Number _____

(vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No ☒ *(If yes, list on continuation page.)*

10. Additional information required by local rule: _____

11. There are other party members: Yes _____ No ☒ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:

Yes ☒ No___

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Robert B. Thornburg* _____
Robert B. Thornburg, #19594-02
*Attorney for Defendant Wal-Mart Stores East, LP*

Page **3** of **4**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kellie C. Clark, #30999-29
HENSLEY LEGAL GROUP, PC
117 E Washington Street, Suite 200
Indianapolis, IN  46204
kclark@hensleylegal.com
*Attorney for Plaintiff*

Richard R. Skiles, #1984-49
SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN  46204
rskiles@skilesdetrude.com
*Attorney for Powerhouse Retail Services, LLC*


/s/ Robert B. Thornburg


FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com


LR08000.0752541  4855-1510-1194v1

**STATE OF INDIANA**
**IN THE MARION SUPERIOR COURT**

| | | |
|---|---|---|
| DAVID DOBBS, | ) | CAUSE NO. 49D02-2111-CT-037983 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| POWERHOUSE RETAIL SERVICES, LLC | ) | |
| and IMPERIAL REMODELING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendant Wal-Mart Stores East, LP, by counsel, pursuant to Indiana Trial Rule 6(B)(1) and Marion County LR49-TR5-203(D), provides notice of an automatic enlargement of time to respond to Plaintiff's Complaint. In support of this notice, Defendant states:

1. The undersigned attorneys were recently retained by Defendant Wal-Mart Stores East, LP.

2. Defendant was served on or about December 27, 2021, making Defendant's response due on or before January 19, 2021, which time has not yet expired.

3. Pursuant to Indiana Trial Rule 6(B)(1) and Marion County LR49-TR5-203(D), Defendant provides notice of its automatic enlargement of time of 30 days from January 19, 2021, to and including February 18, 2021, to respond to Plaintiff's Complaint.

WHEREFORE, Defendant Wal-Mart Stores East, LP, by counsel provides notice of an enlargement of time to and including February 18, 2021, in which to file an answer and/or response to Plaintiff's Complaint, and for all other just and proper relief.

Page **1** of **2**

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Robert B. Thornburg*

Robert B. Thornburg, #19594-02
*Attorneys for Defendant Wal-Mart Stores
East, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kellie C. Clark, #30999-29
HENSLEY LEGAL GROUP, PC
117 E Washington Street, Suite 200
Indianapolis, IN  46204
kclark@hensleylegal.com
*Attorney for Plaintiff*

Richard R. Skiles, #1984-49
SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN  46204
rskiles@skilesdetrude.com
*Attorney for Powerhouse Retail Services, LLC*

*/s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0752541   4859-5589-6586v1

Page **2** of **2**

**STATE OF INDIANA**
**IN THE MARION SUPERIOR COURT**

DAVID DOBBS,                    )    CAUSE NO. 49D02-2111-CT-037983
                               )
              Plaintiff,       )
                               )
       v.                      )
                               )
WAL-MART STORES EAST, LP,      )
POWERHOUSE RETAIL SERVICES, LLC )
and IMPERIAL REMODELING, LLC,  )
                               )
              Defendants.      )

**NOTICE OF AUTOMATIC ENLARGEMENT OF TIME**
**CORRECTING SCRIVENER'S ERROR**

Defendant Wal-Mart Stores East, LP, by counsel, pursuant to Indiana Trial Rule 6(B)(1)

and Marion County LR49-TR5-203(D), provides notice of an automatic enlargement of time to

respond to Plaintiff's Complaint. In support of this notice, Defendant states:

1.     The undersigned attorneys were recently retained by Defendant Wal-Mart

Stores East, LP.

2.     Defendant was served on or about December 27, 2021, making Defendant's

response due on or before January 19, 2022[1], which time has not yet expired.

3.     Pursuant to Indiana Trial Rule 6(B)(1) and Marion County LR49-TR5-203(D),

Defendant provides notice of its automatic enlargement of time of 30 days from January 19,

2022, to and including February 18, 2022, to respond to Plaintiff's Complaint.

---

[1] This date, and the subsequent dates in paragraph 3 and in the wherefore clause in Defendant's Notice of Automatic Enlargement of Time filed January 19, 2022, were inadvertently typed as 2021, and have been changed in this Notice of Automatic Enlargement of Time Correcting Scrivener's Error to read 2022.

WHEREFORE, Defendant Wal-Mart Stores East, LP, by counsel provides notice of an enlargement of time to and including February 18, 2022, in which to file an answer and/or response to Plaintiff's Complaint, and for all other just and proper relief.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Robert B. Thornburg*
      Robert B. Thornburg, #19594-02
      *Attorneys for Defendant Wal-Mart Stores*
      *East, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kellie C. Clark, #30999-29
HENSLEY LEGAL GROUP, PC
117 E Washington Street, Suite 200
Indianapolis, IN 46204
kclark@hensleylegal.com
*Attorney for Plaintiff*

Richard R. Skiles, #1984-49
SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN 46204
rskiles@skilesdetrude.com
*Attorney for Powerhouse Retail Services, LLC*

      */s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0752541   4859-5589-6586v1